IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

VINCENT LEEN,

    Plaintiff,

    v.

WRIGHT MEDICAL TECHNOLOGY, INC., *et al.*,

    Defendants.

Case No. 3:15-cv-125

JUDGE WALTER H. RICE

---

DECISION AND ENTRY SUSTAINING DEFENDANTS' MOTION FOR RECONSIDERATION (DOC. #32); VACATING JANUARY 27, 2017, NOTATION ORDER SUSTAINING PLAINTIFF'S MOTION FOR LEAVE TO AMEND (DOC. #31); SETTING ADDITIONAL BRIEFING SCHEDULE

---

On January 17, 2017, Plaintiff, Vincent Leen, filed a Motion for Leave to Amend, Doc. #31. On January 27, 2017, the Court sustained that motion by Notation Order. Before Plaintiff filed an Amended Complaint, Defendants Wright Medical Technology, Inc., and Wright Medical Group, Inc., filed a Motion for Reconsideration, Doc. #32. They properly point out that the Court sustained Plaintiff's motion prior to the deadline for Defendants to file their response.

For good cause shown, the Court SUSTAINS Defendants' Motion for Reconsideration, Doc. #32, and VACATES the January 27, 2017, Notation Order.

The Clerk shall restore to the docket, as a pending motion, Plaintiff's Motion for Leave to Amend, Doc. #31. The Clerk shall also detach and file Defendants' Opposition to Plaintiff's Motion for Leave to Amend His Complaint and Cross-

Motion for Partial Summary Judgment, which was attached as Exhibit 1 to the Motion for Reconsideration, Doc. #32. Plaintiff shall have twenty-one (21) days from the date of this Decision and Entry to file a response to that document.

After the Court rules on Plaintiff's Motion for Leave to Amend, it will set a conference call and then issue a new scheduling order.

Date: March 14, 2017

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE